IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this case is set for a status conference on January 5, 2007 at 10:30 A.M. by conference call arranged by counsel for the plaintiff.

DONE this 22nd day of December, 2006.

                                                              /s/ Mark E. Fuller
                                            CHIEF UNITED STATES D'ISTRICT JUDGE