IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Answer which contains a motion to dismiss (Doc. #3) filed on January 3, 2007, it is hereby ORDERED that:

1. The defendants file a brief in support of the motion to dismiss on or before January 15, 2007.

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before January 26, 2007.

2. The defendants may file a reply brief on or before February 2, 2007.

DONE this the 4th day of January, 2007.

                                                     /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE