IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The Court held a status conference in this case on January 5, 2007. Based on the representations of the parties, the City of Montgomery has agreed not to take further action on condemnation or destruction of Plaintiff's property pending a ruling on Plaintiff's request for a preliminary and/or permanent injunction. It is therefore ORDERED that Plaintiff's motion for temporary restraining order (Doc. # 1), filed December 13, 2006, is DENIED as Moot.

It is further ORDERED that: (1) Defendant shall show cause no later than January 19, 2007 why Plaintiff should be required to post a bond; (2) Plaintiff shall respond no later than February 2, 2007; and (3) Defendant may file a reply no later than February 9, 2007.

DONE this the 5th day of January, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE