IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Defendant City of Montgomery's Motion to Waive Injunction Bond (Doc. # 6), filed January 12, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 13th day of March, 2007.

                                             /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE