IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMIE McCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1104-MEF |
| | ) | |
| THE CITY OF MONTGOMERY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that a status conference is set in this case for April 4, 2007 at

9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A,

Montgomery, Alabama.

DONE this 21st day of March, 2007.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE