IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

A status conference was held in this case on April 4, 2007. Based upon the representations of both parties that they intend to engage in good faith efforts to negotiate a settlement in this case in the next two to three weeks. Accordingly, it is hereby ORDERED as follows:

(1) If this case is resolved by a negotiated settlement, the parties shall immediately file a joint stipulation of dismissal. If the parties have not filed a joint stipulation of dismissal by **May 3, 2007**, they shall file a jointly prepared and signed status report with the Court on **May 4, 2007**.

(2) Plaintiff shall file a brief in support of his pending request for preliminary injunctive relief by no later than **May 4, 2007**. Defendants response in opposition to plaintiff's brief in support of his pending request for preliminary injunctive relief shall be filed no later than **May 11, 2007**. Plaintiff's request for preliminary injunction shall be set for a **hearing** on **May 18, 2007** commencing at **9:00 a.m.** in the United States Courthouse,

One Church Street, Courtroom 2A, Montgomery, Alabama. Counsel shall be prepared to present witnesses and the parties shall be present at the March 18, 2007 hearing.

(3)     The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **May 7, 2007**.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

This court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to

the Federal Rules of Civil Procedure.

    DONE this the 6th day of April, 2007.

                                               /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE