IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1104-MEF |
| | ) |
| THE CITY OF MONTGOMERY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On April 6, 2007, this Court entered an Order which, *inter alia*, required that Plaintiff's counsel submit a brief in support of his pending request for preliminary injunctive relief by no later than May 4, 2007. Plaintiff's counsel failed to comply with that deadline. For this reason, it is hereby ORDERED as follows:

1. The Motion for Preliminary Injunction contained in Plaintiff's Complaint (Doc. # 1) is DENIED.

2. Defendants shall be relieved of their obligation to file any materials in opposition to Plaintiff's request for preliminary injunction.

3. The May 18, 2007 hearing on Plaintiff's request for preliminary injunction is CANCELLED.

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE