IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE McCALL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1104-MEF |
| ) | |
| THE CITY OF MONTGOMERY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that Norman Hurst and Michael David Boyle shall show cause in writing by no later than **May 11, 2007,** why they should not be sanctioned for contempt of court for their failure to comply with the deadlines set by Paragraph 1 of this Court's April 6, 2007 Order (Doc. # 10).

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE