IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JIMMIE MCCALL, | * |
|     Plaintiff, | * |
| | * |
| v. | *   CASE NO. 2:06-cv-1104-MEF |
| | * |
| THE CITY OF MONTGOMERY, et al., | * |
|     Defendant. | * |
| | * |

## STATUS REPORT AND MOTION FOR AN EXTENSION OF TIME

COMES NOW, the Plaintiff and prays that this Honorable Court grant the parties two days to resolve their differences as to fees. That the parties have tentatively agreed to dismiss this matter and are awaiting a response from the City of Montgomery as to approval of fees and cost.

WHEREFORE, PREMISES, CONSIDERED the parties humbly prays for two days to resolve this matter and to submit a joint motion for dismissal.

_____
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462 Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

I hereby certify that I have this date of the 8th day of May 2007, served a copy of the above and foregoing report on the Defendants by placing a copy of same in the United States Mail, postage prepaid and addressed to his regular mailing address.

    The City of Montgomery
    City Attorney
    P.O. Box 1111

Montgomery, Alabama 36101

                                                                                         _____
                                                                                         Norman Hurst Jr.