IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JIMMIE MCCALL, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 2:06-cv-1104-MEF |
| | * | |
| THE CITY OF MONTGOMERY, et al., | * | |
| Defendant. | * | |

RECEIVED 2007 MAY 10 A 8: 43

## JOINT STIPULATION OF DISMISSAL

COMES NOW, the undersigned counsel of record for Plaintiff, Jimmie McCall and pursuant to the Federal Rules of Civil Procedure and with the consent of the undersigned Defendant's counsel respectfully moves this Honorable Court to dismiss this matter with out prejudice as the parties have reached an amicable settlement agreement.

Respectfully submitted this the 9th day of May, 2007.

Norman Hurst (HUR016)
Attorney for the Plaintiff

Michael Boyle (BOY032)
Attorney for the Defendant

OF COUNSEL:
462 Sayre Street
Montgomery, Alabama 36104